**Peter M. MAGNANT et al.**

v.

**Robert DRISCOLL et al.**

**No. 81-129-M.P.**

Supreme Court of Rhode Island.

March 26, 1981.

Revens & DeLuca, Ltd., John C. Revens, Jr. and Kevin M. Hayes, Warwick, for petitioners.

Corcoran, Peckham & Hayes, P. C., Jeffrey J. Teitz and James F. Hyman, Newport, for respondents.

### ORDER

The petition for writ of certiorari is denied.

SHEA, J., did not participate.

**William A. PETRARCA**

v.

**STATE.**

**No. 81-138-M.P.**

Supreme Court of Rhode Island.

March 26, 1981.

William A. Petrarca, pro se.

Dennis J. Roberts II, Atty. Gen., for respondent.

### ORDER

Treating William A. Petrarca's motion for bail as a petition for writ of habeas corpus, said petition is hereby denied.

SHEA, J., did not participate.

**STATE ex rel. WHITE**

v.

**William L. DERBY.**

**No. 81-112-M.P.**

Supreme Court of Rhode Island.

March 26, 1981.

Stephen F. Mullen, Chief Special Counsel, Providence, Office of Special Counsel, Department of Transportation, for plaintiff-respondent.

Aram K. Berberian, Warwick, for defendant-petitioner.

### ORDER

The petition for writ of certiorari and petitioner's motion to waive the filing fee herein are both denied.

SHEA, J., did not participate.